**ORAL ARGUMENT REQUESTED**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Case No.: 1:23cv00404-VSB**

RICHARD WENNER JR.,

Plaintiff,

v.

RENZO GRACIE,
RENZO GRACIE ACADEMY, LLC,
JONATHAN WEAST, and
TIAGO MOLINOS,

Defendants.

**NOTICE OF DEFENDANTS RENZO GRACIE AND RENZO GRACIE ACADEMY, LLC'S MOTION TO DISMISS COUNT II OF PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT**

PLEASE TAKE NOTICE that on a date and time as may be set by the Court, Defendants Renzo Gracie and Renzo Gracie Academy, LLC (collectively "**Defendants**"), by and through their undersigned counsel, will respectfully move this Court for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure: (i) dismissing Plaintiff's claim for contributory infringement in his Complaint for Copyright Infringement dated, January 24, 2023, against Defendants; and (ii) granting such other and further relief as the Court may deem just and proper.

This motion is based on the accompanying *Memorandum of Law in Support of Defendants Renzo Gracie and Renzo Gracie Academy, LLC's Motion to Dismiss Count II of Plaintiff's Complaint for Copyright Infringement*, the pleadings and other filings herein, and

such other written and oral argument as may be permitted by the Court.

DATED: March 20, 2023
Coral Gables, Florida

Respectfully submitted,

*/s/ Jenny Johnson-Sardella*

Mark David Hunter, Esquire
New York Bar No. 4017331
Jenny Johnson-Sardella, Esquire
New York Bar No. 4225850
Hunter Taubman Fischer & Li LLC
2 Alhambra Plaza Suite 650
Coral Gables, Florida 33134
Tel: (305) 629-1180
Fax: (305) 629-8099
E-mail: mhunter@htflawyers.com
jsardella@htflawyers.com

*Attorneys for Defendants Renzo Gracie and Renzo Gracie Academy, LLC*

**CERTIFICATE OF SERVICE**

I, Jenny Johnson-Sardella, do hereby certify that on March 20, 2023, a true and correct copy of the foregoing Notice of Motion was electronically filed and served. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jenny Johnson-Sardella*
Jenny Johnson-Sardella