**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RICHARD WENNER JR.,<br><br>Plaintiff,<br><br>v.<br><br>RENZO GRACIE,<br>RENZO GRACIE ACADEMY, LLC,<br>JONATHAN WEAST, and<br>TIAGO MOLINOS,<br><br>Defendants. | Civil Action No.:<br><br>1:23-cv-00404-VSB |

PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COUNT II OF PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, RICHARD WENNER JR. ("Wenner" or "Plaintiff"), by and through his undersigned counsel, hereby files his Opposition to Defendants' Motions to Dismiss Count II of Plaintiff's Complaint for Copyright Infringement, and in support thereof states:

## I. ARGUMENT

### A. Plaintiff Has Adequately Pled a Prima Facie Case for Contributory Infringement

To state a claim of copyright infringement, a plaintiff must allege the defendant, "a plaintiff must allege: (1) direct copyright infringement by a third party; (2) knowledge of the third-party infringement; and (3) a material contribution to the infringement." *Gordon v. Pearson Educ., Inc.*, 85 F. Supp. 3d 813, 817 (E.D. Pa. 2015). Additionally, "[A] plaintiff must [adequately] allege that the defendant 'with knowledge of the infringing activity, induced, caused, or materially contributed to the infringing conduct of another.'" *BWP Media USA Inv. v. Hollywood Fan Sites, LLC*, 69 F.Supp.3d 342, 356 (S.D.N.Y 2014).

Defendant RENZO GRACIE's ("Gracie") Instagram feed has 586,000 followers.[1] Defendant RENZO GRACIE ACADEMY, LLC's ("Gracie Academy") Instagram feed has 76,000 followers.[2] Beginning in 2015, Gracie and Gracie Academy posted exact copies of Wenner's copyrighted photograph at issue in this case ("Copyrighted Photograph") to their corresponding Instagram feeds no less than thirty-four (34) times. [Complaint, Exhibits 3-9]. Prior to their unauthorized uses of Copyrighted Photograph, neither Gracie nor Gracie Academy properly licensed Copyrighted Photograph. In none of the circumstances where Gracie and Gracie Academy posted exact copies of Copyrighted Photograph did either party attach a copyright notice or any other indicia of copyright. Prior to their unauthorized uses of Copyrighted Photograph, both Gracie nor Gracie Academy possessed actual knowledge neither was the author or copyright holder to Copyrighted Photograph.

Plaintiff's Complaint includes ample evidence of direct infringement by third parties, including Defendant JONATHAN WEAST ("Weast"), and Fodacy, a business entity which sells clothing adorned with the face of Gracie. [Complaint, Exhibits 4-7]. Weast made a derivative work using Copyrighted Photograph. Fodacy reproduced direct copies of Copyrighted Photograph (albeit in black and white) onto T-shirts. Gracie and Gracie Academy in fact collaborated with Weast to infringe Copyrighted Photograph by copying, printing, and selling Weast's derivative work of Copyrighted Photograph on T-shirts and other items, then promoting and selling the infringing products online through their Instagram feeds. [Complaint, Exhibits 4-7]. Therefore, Weast and Fodacy directly infringed on Copyrighted Photograph.

In at least twenty-four (24) instances, Gracie nor Gracie Academy posted copies of third-party infringing use of Copyrighted Photograph to their Instagram feeds. [Complaint, Exhibits 4-

[1] www.instagram.com/renzograciebjj
[2] www.instagram.com/renzogracieacademy

7]. Therefore, Gracie and Gracie Academy possessed direct knowledge of third-party infringement.

Gracie and Gracie Academy first posted Copyrighted Photograph to their respective Instagram feeds and website beginning in 2015. The earliest evidence of Weast's infringed Copyrighted Photograph is January 26, 2018. The earliest evidence of Weast's infringed Copyrighted Photograph is December 9, 2019. The timing of Gracie and Gracie Academy's infringement of Copyrighted Photograph, combined with their collaboration with Weast and Fodacy, demonstrate Gracie and Gracie Academy's material contribution to the infringement.

B. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests this Court deny Defendant's Motion to Dismiss. To the extent this Court determines the Complaint fails to sufficiently state a claim upon which relief can be granted, Plaintiff respectfully requests leave be granted to amend to correct any deficiency.

Dated: April 3, 2023

*/s/David C. Deal*
David C. Deal (VA Bar No.: 86005)
The Law Office of David C. Deal, P.L.C.
P.O. Box 625
Charlottesville, VA 22902
434-233-2727, Telephone
david@daviddeal.com
*Counsel for Plaintiff*

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on April 3, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to all the registered CM/ECF users.

The necessary filing and service were performed in accordance with the instructions given to me by counsel in this case.

*/s/David C. Deal*
David C. Deal (VA Bar No.: 86005)
The Law Office of David C. Deal, P.L.C.
P.O. Box 625
Charlottesville, VA 22902
434-233-2727, Telephone
david@daviddeal.com
*Counsel for Plaintiff*