UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
      RICHARD WENNER JR.,

                              Plaintiff

                          23-CV-0404 (VSB)

             -against-

                          **ORDER**

      RENZO GRACIE, RENZO GRACIE
      ACADEMY, LLC, JONATHAN WEAST,
      and TIAGO MOLINOS,

                        Defendants.
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On September 6, 2023, I directed the parties to submit a joint letter and proposed case management plan by September 15, 2023.  (Doc. 28.)  Parties shall submit the materials directed by that order by September 27, 2023.

SO ORDERED.

Dated:    September 20, 2023
             New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge