```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RICHARD WENNER JR.,

                              Plaintiff,                       23-CV-00404 (VSB)(SN)

         -against-                                           **ORDER**

RENZO GRACIE, RENZO GRACIE
ACADEMY, LLC., JONATHAN WEAST, and
TIAGO MOLINOS,

                              Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On Wednesday, September 27, 2023, the Honorable Judge Vernon S. Broderick assigned this matter to my docket for settlement. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. As soon as practicable, the parties are directed to contact Courtroom Deputy Diljah Shaw with both parties on the e-mail, at diljah_shaw@nysd.uscourts.gov, to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                              United States Magistrate Judge

DATED:      September 28, 2023
                   New York, New York